**Charles COLBERT, Plaintiff–Appellant,**

v.

**Cal TERHUNE, Director of Corrections; et al., Defendants–Appellees.**

No. 02–15691.
D.C. No. CV–99–02473–DFL/PAN.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 28, 2003.

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

## MEMORANDUM**

Charles Colbert, a California state prisoner, appeals pro se the district court's

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

summary judgment in favor of the defendants in his 42 U.S.C. § 1983 action alleging that prison grooming regulations, including limitations on hair length, violate his Rastafarian religious beliefs, in violation of the First Amendment. We review de novo, *Frost v. Symington,* 197 F.3d 348, 353 (9th Cir.1999), and we affirm.

The district court properly granted summary judgment because Colbert failed to raise a genuine issue of material fact as to whether the grooming regulations were not reasonably related to legitimate penological interests. *See Friedman v. Arizona,* 912 F.2d 328, 331–32 (9th Cir.1990).

Colbert's remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.